United States Bankruptcy Court
District of Massachusetts

In re:                                                              Case No. 12-42403-msh
Jeannine C. Peluso                                                  Chapter 7
Robert P. Peluso
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0101-4           User: admin            Page 1 of 2              Date Rcvd: Jul 02, 2012
                               Form ID: b9aauto       Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2012.
```
db/jdb     +Jeannine C. Peluso,   Robert P. Peluso,   5 Applewood Lane,   Methuen, MA 01844-1701
aty        +Robert R. Thomas,   Harvey, Kleger & Thomas,   184 Pleasant Valley Street,
             Methuen, MA 01844-5855
smg         MASS DEPT OF REVENUE,   BANKRUPTCY UNIT,   PO BOX 9564,   Boston, MA  02114-9564
smg        +UNITED STATES ATTORNEY,   JOHN JOSEPH MOAKLEY,   UNITED STATES FEDERAL COURTHOUSE,
             ONE COURTHOUSE WAY,SUITE 9200,   BOSTON, MA 02210-3011
18638959   +Howard Lee Schiff, P.C.,   340 Main St.,   Worcester, MA 01608-1603
18638960    Sovereign Bank,   Mail Code: 10-421-CN2,   Po Box 142646,   Reading, PA  19612
18638962   +Wells Fargo Auto Finance,   Asset Recovery Management,   1310 NW Vivion Rd.,
             Kansas City, MO 64118-4553
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: BJRGOLDSMITH.COM Jul 03 2012 00:13:00      Jonathan R. Goldsmith,
             Jonathan R. Goldsmith, Esq,   1350 Main Street,   Suite 1505,   Springfield, MA 01103-1664
smg        +E-mail/Text: duabankruptcy@detma.org Jul 03 2012 00:17:09      CHIEF COUNSEL, LEGAL DEPARTMENT,
             DEPARTMENT OF UNEMPLOYMENT ASSISTANCE,   COMMONWEALTH OF MASSACHUSETTS,
             19 STANIFORD STREET,1ST FLOOR,   Boston, MA 02114-2502
smg         E-mail/Text: born.emily@dol.gov Jul 03 2012 00:17:16      US DEPARTMENT OF LABOR,
             EMPLOYEE BENEFITS,   JFK FEDERAL BUILDING,   ROOM 575,   Boston, MA  02203
ust        +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Jul 03 2012 00:15:00      Richard King,
             Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
18638957    EDI: CAPITALONE.COM Jul 03 2012 00:13:00      Capital One,   P.O. Box 71083,
             Charlotte, NC  28272-1083
18638958    EDI: DISCOVER.COM Jul 03 2012 00:13:00      Discover Financial Services,   PO Box 30943,
             Salt Lake City, UT  84130
18638961   +EDI: WFFC.COM Jul 03 2012 00:13:00      Wells Fargo Auto Finance,   PO Box 29704,
             Phoenix, AR 85038-9704
                                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18638956    ##Bank Of America Home Loans,   Mailstop TX2-981-03-03,   P.O Box 660694,   Dallas, TX  75266-0694
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 04, 2012**                   **Signature:** _Joseph Speetjens_

```
District/off: 0101-4           User: admin              Page 2 of 2              Date Rcvd: Jul 02, 2012
                               Form ID: b9aauto         Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2012 at the address(es) listed below:

          Jonathan R. Goldsmith    trusteedocs1@jgoldsmithlaw.com,
           mwolohan@jgoldsmithlaw.com;jboucher@jgoldsmithlaw.com;trusteedocs@jgoldsmithlaw.com;ngrimaldi@jgo
           ldsmithlaw.com;MA43@ecfcbis.com
          Richard   King    USTPRegion01.WO.ECF@USDOJ.GOV
          Robert R. Thomas    on behalf of Debtor Jeannine Peluso rthomas@andoverattorneys.com
                                                                                                                                  TOTAL: 3

Case 12-42403    Doc 9    Filed 07/04/12    Entered 07/05/12 01:26:34    Desc Imaged
Certificate of Notice    Page 2 of 4

B9A (OFFICIAL FORM B9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/11)     Case Number **12–42403 msh**

# UNITED STATES BANKRUPTCY COURT
District of Massachusetts

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/28/12.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jeannine C. Peluso<br>5 Applewood Lane<br>Methuen, MA 01844 | Robert P. Peluso<br>5 Applewood Lane<br>Methuen, MA 01844 |
| Case Number:<br>12–42403 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other Nos.:<br>xxx–xx–5381<br>xxx–xx–5695 |
| Attorney for Debtor(s) (name and address):<br>Robert R. Thomas<br>Harvey, Kleger & Thomas<br>184 Pleasant Valley Street<br>Methuen, MA 01844<br>Telephone number: 978–686–9800 | Bankruptcy Trustee (name and address):<br>Jonathan R. Goldsmith<br>Jonathan R. Goldsmith, Esq<br>1350 Main Street<br>Suite 1505<br>Springfield, MA 01103<br>Telephone number: 413–747–0700 |

### Meeting of Creditors

Date: **July 25, 2012**    Time: **04:00 PM**
Location: **Worcester U.S. Trustee Office, 446 Main Street, 1st Floor, Worcester, MA 01608**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 9/24/12**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Deadline for Debtor(s) to attend a Financial Management Training approved by the UST:** Sixty days from the first date set for the §341 meeting. Failure to file a debtor(s) certificate of completion with the Court will prevent the entry of the Debtor(s) discharge.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U. S. Bankruptcy Court<br>595 Main Street<br>Worcester, MA 01608<br>Telephone number: 508–770–8900 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>James M. Lynch |
| Hours Open: Monday – Friday 8:30 AM – 5:00 PM | Date: 7/2/12 |

**EXPLANATIONS** FORM B9A (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Debtor(s) Financial Management Training Deadline | The Debtor(s) discharge will not enter if the Debtor(s) fails to attend a financial management training program approved by the US Trustee or if the Debtor(s) attends such training and fails to file a debtor(s) certificate of completion with the U.S. Bankruptcy Court. This training is in addition to the prebankruptcy counseling requirement. A list of approved courses may be obtained from the U.S. Trustee office or from the Court website at www.mab.uscourts.gov. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−