# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In Re:                                                      Case No: 12-42403
                                                                   Chapter 7

Jeannine C. and Robert P. Peluso,

Debtors

## MOTION TO AMEND SCHEDULE C

The Debtors, Jeannine C. and Robert P. Peluso, respectfully request the Court to allow them to amend Schedule C, for the purpose of using section 522(d)(11)(D) as an exemption for the personal injury claim. This amendment has been made after discussion with the Chapter 7 Trustee.

                                                                       Respectfully Submitted,
                                                                        JEANNINE C. AND
                                                                        ROBERT P. PELUSO
                                                                        By their Attorney,

                                                                      /s/ Robert R. Thomas
                                                                      Robert R. Thomas, BBO #639402
                                                                      Harvey, Kleger & Thomas
                                                                      184 Pleasant Valley Street
                                                                      Methuen, MA 01844
                                                                      Tel. 978-686-9800 ext. 223

Dated: October 24, 2012

IN RE Peluso, Jeannine C. & Peluso, Robert P.    Case No. 4:12-bk-42403
         Debtor(s)                                      (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| Timeshare - 1 week at Bentley Brook Estates, Western Mass., with points toward on eweek in Wyndham Vacation Resorts | 11 USC § 522(d)(1) | 500.00 | 500.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| cash | 11 USC § 522(d)(5) | 40.00 | 40.00 |
| checing account - Sovereign Bank - estimated balance | 11 USC § 522(d)(5)<br>11 USC § 522(d)(5) | 1,700.00<br>300.00 | 2,000.00 |
| checking acct - credit union - estimated balance | 11 USC § 522(d)(5) | 6,000.00 | 6,000.00 |
| Children's bedroom furniture | 11 USC § 522(d)(3) | 300.00 | 300.00 |
| Kitchen table, chairs, and china cabinet - 16 years old | 11 USC § 522(d)(3) | 300.00 | 300.00 |
| Living room set - 5 years old | 11 USC § 522(d)(3) | 500.00 | 500.00 |
| Master bedroom furniture - 16 years old | 11 USC § 522(d)(3) | 500.00 | 500.00 |
| Painting by Thomas Kincaid | 11 USC § 522(d)(3) | 200.00 | 200.00 |
| Set of 12 crystal stemware glasses | 11 USC § 522(d)(3) | 200.00 | 200.00 |
| Set of Lenox china for 12 | 11 USC § 522(d)(3) | 500.00 | 500.00 |
| Television - 42" - est. 5 years old | 11 USC § 522(d)(3) | 500.00 | 500.00 |
| Television - 8 years old | 11 USC § 522(d)(3) | 200.00 | 200.00 |
| Toshiba laptop computer - new - Pd. $300 | 11 USC § 522(d)(3) | 250.00 | 250.00 |
| misc. clothing | 11 USC § 522(d)(3) | 250.00 | 250.00 |
| misc. jewelry | 11 USC § 522(d)(4)<br>11 USC § 522(d)(5) | 450.00<br>350.00 | 800.00 |
| wedding ring and band | 11 USC § 522(d)(4)<br>11 USC § 522(d)(5) | 1,450.00<br>50.00 | 1,500.00 |
| Claim for medical malpractice - complaint filed in late 2011<br>Claim is not expected to reach litigation for 4 years.<br>Attorney handling claim is Mike Harris at Crowe & Mulvey in Boston<br>Estimated value of claim is unknown and speculative at this time | 11 USC § 522(d)(11)(D) | 21,625.00 | unknown |

\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

IN RE Peluso, Jeannine C. & Peluso, Robert P.
_____
Debtor(s)

Case No. 4:12-bk-42403
_____
(If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __1__ ~~16~~ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 24, 2012**     Signature: **/s/ Jeannine C. Peluso**
                                          **Jeannine C. Peluso**
                                                                         Debtor

Date: **October 24, 2012**     Signature: **/s/ Robert Peluso**
                                          **Robert Peluso**
                                                              (Joint Debtor, if any)
                                          [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

United States Bankruptcy Court
District of Massachusetts

IN RE:                                                                                          Case No. 4:12-bk-42403

Peluso, Jeannine C. & Peluso, Robert P.                                                         Chapter 7
                        Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
Motion to Amend Schedule C, filed with the US Trustee and Chapter 7 Trustee, and mailed to all creditors

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this __24th__ day of __October__, __2012__.


/s/ Robert R. Thomas
Robert R. Thomas 639402
Harvey, Kleger & Thomas
184 Pleasant Valley St. Suite 1-204
Methuen, MA  01844
(978) 686-9800  Fax: (978) 686-1919
rthomas@andoverattorneys.com

Jeannine C. Peluso
5 Applewood Lane
Methuen, MA 01844

Robert P. Peluso
5 Applewood Lane
Methuen, MA 01844

Bank Of America Home Loans
Mailstop TX2-981-03-03
P.O Box 660694
Dallas, TX 75266-0694

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

Discover Financial Services
PO Box 30943
Salt Lake City, UT 84130

Howard Lee Schiff, P.C.
340 Main St.
Worcester, MA 01608

Sovereign Bank
Mail Code: 10-421-CN2
Po Box 142646
Reading, PA 19612

Wells Fargo Auto Finance
PO Box 29704
Phoenix, AR 85038

Wells Fargo Auto Finance
Asset Recovery Management
1310 NW Vivion Rd.
Kansas City, MO 64118

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only