UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re | Chapter 7, No. 12-42403-MSH |
| JEANNINE C. PELUSO | |
| ROBERT P. PELUSO | |
| Debtors | |

**ORDER ON TRUSTEE'S APPLICATION TO EMPLOY**
**DENNER PELLEGRINO, LLP AS SPECIAL COUNSEL TO THE TRUSTEE**

At Worcester, in said District on this 7th day of March, 2013.

Upon the Application of JONATHAN R. GOLDSMITH, Trustee in the above-captioned case, seeking to employ DENNER PELLEGRINO, LLP to act as Special Counsel to the Trustee, as more fully set forth in the Trustee's Application, it appearing to be in the best interest of the estate to allow said Application, for cause shown, proper notice having been given and no objections being filed, it is hereby

ORDERED that JONATHAN R. GOLDSMITH, Trustee, is hereby authorized to employ DENNER PELLEGRINO, LLP with an office located at 265 State Street Springfield, MA 01103 to serve as Special Counsel to the Trustee on a contingency fee basis in the above-captioned case, with all fees and expenses subject to further Order of this Court.

_____
HONORABLE MELVIN S. HOFFMAN
Bankruptcy Judge

5