UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re )<br>)<br>JEANNINE C. PELUSO )<br>ROBERT P. PELUSO )<br>)<br>Debtors ) | Chapter 7, No. 12-42403-MSH |

**<u>JOINT MOTION TO APPROVE SETTLEMENT OF TRUSTEE'S OBJECTION TO
DEBTORS' AMENDED EXEMPTIONS
[RE: EXEMPTION CLAIMED IN DEBTOR'S PERSONAL INJURY CASE]</u>**

To the HONORABLE MELVIN S. HOFFMAN, Bankruptcy Judge:

Now comes JONATHAN R. GOLDSMITH, the duly appointed, qualified and acting Trustee in the above-captioned case ("Trustee"), and the Debtors, Jeannine C. Peluso and Robert P. Peluso, and hereby request that this Court approve a settlement negotiated between the parties to resolve the Trustee's Objection to the Debtor's Amended Schedule C exemption claimed in certain proceeds from a personal injury case, as further detailed below.

1. On June 28, 2012, the above-named Debtor filed a Voluntary Petition under the provisions of Chapter 7 of the Bankruptcy Code.

2. On June 29, 2012, JONATHAN R. GOLDSMITH accepted the appointment as Chapter 7 Trustee for the above-entitled estate.

3. The Section 341 Meeting of Creditors in this case was conducted on July 25, 2012.

4. On October 24, 2012, the Debtors filed a Motion to Amend Schedule C, which was allowed by the Court on November 8, 2012,.

03/26/2013 ALLOWED. NO OBJECTIONS FILED.