UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | Chapter 7, No. 12-42403-MSH |
| JEANNINE C. PELUSO | |
| ROBERT P. PELUSO | |
| Debtors | |

### TRUSTEE'S RESPONSE TO NOTICE OF INACTIVITY

Now comes JONATHAN R. GOLDSMITH, the duly appointed, qualified and acting Trustee in the above-captioned case, and hereby files this Response to the Court's Notice of Inactivity dated June 10, 2014.

1. That on June 28, 2012, the above-named Debtors filed a Voluntary Petition under the provisions of Chapter 7 of the Bankruptcy Code.

2. That on June 29, 2012, JONATHAN R. GOLDSMITH accepted the appointment as Chapter 7 Trustee for the above-entitled Bankruptcy Estate.

3. That on June 10, 2014, the Court filed a Notice of Inactivity on the Case.

4. The Trustee submits that the Debtors are the plaintiffs in a medical malpractice lawsuit currently pending in the Essex County, Superior Court, "*Jeannine Peluso and Robert Peluso v. Crawford C. Campbell, M.D., et al*" C.A. No. ESCV2011-2087 ("Lawsuit"). The Trustee is being kept apprised of the litigation in this matter by special counsel, and has been advised that, barring a settlement in the matter, the case will be tried sometime in late 2015.

JONATHAN R. GOLDSMITH, TRUSTEE IN
BANKRUPTCY FOR JEANNINE C. PELUSO
AND ROBERT P. PELUSO

Dated: July 8, 2014

By: /s/ Jonathan R. Goldsmith
JONATHAN R. GOLDSMITH, ESQ.
(BBO No. 548285)
GOLDSMITH, KATZ & ARGENIO, P.C.
1350 Main Street, Suite 1505
Springfield, MA 01103
Tel. (413) 747-0700

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | ) Chapter 7, No. 12-42403-MSH |
| JEANNINE C. PELUSO<br>ROBERT P. PELUSO | )<br>) |
| Debtors | ) |

## CERTIFICATE OF SERVICE

I, JONATHAN R. GOLDSMITH, ESQ., of GOLDSMITH, KATZ & ARGENIO, P.C., 1350 Main Street, Suite 1505, Springfield, Massachusetts, do hereby certify that I served a copy of the within Response upon the below-listed parties by electronic mail or by mailing, first class mail, postage prepaid, on this 8th day of July, 2014:

OFFICE OF THE U.S. TRUSTEE
446 Main Street, 14th Floor
Worcester, MA 01608

/s/ Jonathan R. Goldsmith
JONATHAN R. GOLDSMITH, ESQ.